THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Jerome Bradley, Jr.,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Pickens County
Henry F. Floyd, Trial Judge
James E. Brogdon, Jr., Post-Conviction 
 Relief Judge

Memorandum Opinion No. 2004-MO-005
Submitted January 21, 2004 - Filed February 
 4, 2004

AFFIRMED

 
 
 
Assistant Appellate Defender Tara S. Taggart, S.C. Office of Appellate Defense, 
 of Columbia, for Petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, 
 Chief, Capital and Collateral Litigation Donald J. Zelenka, Assistant Deputy 
 Attorney General Allen Bullard, and Assistant Attorney General Christopher L. 
 Newton, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of 
 his application for post-conviction relief (PCR).  The petition is denied on 
 petitioners Question 2.
Because there is sufficient evidence to support the PCR 
 judges finding that petitioner did not knowingly and intelligently waive his 
 right to a direct appeal, we grant certiorari on petitioners Question 1 and 
 proceed with a review of the direct appeal issue pursuant to Davis v. State, 
 288 S.C. 290, 342 S.E.2d 60 (1986).
Petitioners conviction and sentence are affirmed pursuant 
 to Rule 220(b)(1), SCACR, and the following authority: State v. McHoney, 
 344 S.C. 85, 544 S.E.2d 30 (2001).
 AFFIRMED.

 
 
 
 
 s/Jean H. Toal                                      
 C.J.
 s/James E. Moore                                   
 J.
 s/E. C. Burnett, III                                      
 J.
 s/Costa M. Pleicones                              
 J.
 
 Justice John H. Waller, Jr., 
 not participating.